UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JULIO SOSA PEREZ | * | CIVIL ACTION NO. 22-336 |
| | * | |
| VERSUS | * | JUDGE |
| | * | |
| JOHN ALBERT HARRIS, | * | MAGISTRATE |
| FREIGHTWORKS, LLC D/B/A | * | |
| FREIGHTWORKS TRANSPORTATION AND | * | **JURY TRIAL** |
| LOGISTICS AND NATIONAL INTERSTATE | * | |
| INSURANCE COMPANY | * | |
| * * * * * * * * * * * * * * * * * | | |

## NOTICE OF REMOVAL

NOW INTO COURT, through undersigned counsel, come Defendants, **John Albert Harris**, **FreightWorks, LLC** and **National Interstate Insurance Company**, and file this Notice of Removal as follows:

1.

The above-entitled lawsuit was filed in the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana, bearing Docket Number C-716890, Div. 32, and is now pending there. The original Petition for Damages was fax-filed on March 16, 2022 but received by the Clerk of Court for filing on March 21, 2022. Please see Petition for Damages, attached as **Exhibit A**. Citation and a copy of the original Petition for Damages was served on National Interstate Insurance Company ("National Interstate"), via its registered agent, on April 1, 2022. Please see Citation, attached as **Exhibit B**. Mr. Harris contacted undersigned counsel on May 5, 2022 to advise he received the Citation and Petition for Damages via certified mail. FreightWorks, LLC ("FreightWorks) was served via long-arm service on May 2, 2022. Please

1

see Affidavit of Long-Arm Service, attached as **Exhibit C**.

2.

The aforementioned suit is a civil action filed by Plaintiff, **Julio Sosa Perez**.

3.

Plaintiff seeks an award of damages against Defendants for injuries and damages allegedly arising out of an automobile accident occurring on March 25, 2021 at the B&J Truck Stop located on Louisiana Highway 445 in Robert, Louisiana. Exhibit A.

4.

Plaintiff is of the age of majority and domiciled in Tampa, Florida and, upon information and belief, is a citizen of Florida. Exhibit A.

5.

Mr. Harris is of the age of majority and is domiciled and resides in North Carolina.

6.

FreightWorks is a foreign limited liability company organized under the laws of and with its principal place of business in North Carolina.

6.a.

FreightWorks Holdings, LLC is the sole member of FreightWorks. FreightWorks Holdings, LLC is a foreign limited liability company organized under the laws of and with its principal place of business in North Carolina.

6.b.

Joshua Farmer and Andrea Farmer are the only members of FreightWorks Holding, LLC. Mr. and Mrs. Farmer are domiciled in and reside in North Carolina.

7.

National Interstate is a foreign insurance company with its place of incorporation and its principal place of business in Ohio.

8.

Plaintiff's Petition for Damages alleges Defendants are liable for various acts of negligence of Mr. Harris resulting from the alleged subject accident. Exhibit A. The Petition for Damages alleges FreightWorks is liable as the employer of Mr. Harris at the time of the alleged accident. *Id.* Finally, the Petition for Damages alleges National Interstate issued a policy of insurance covering Mr. Harris and FreightWorks at the time of the subject accident and is therefore liable as well. *Id.*

9.

Defendants allege this Honorable Court has original jurisdiction over this matter pursuant to Article III of the United States Constitution and 28 U.S.C. §1332 because diversity of citizenship exists between Plaintiff and Defendant, and, upon information and belief, because the alleged damages to Plaintiff exceed $75,000.00, exclusive of interest and costs.

10.

The amount in controversy in this matter is not set forth in the Petition for Damages, and the amount in controversy was not facially apparent from the allegations of the Petition for Damages. 28 U.S.C. §1446(b)(1). The Petition for Damages does not specifically allege the areas of his body Plaintiff claims to have injured, his procedures or his damages. Exhibit A.

11.

However, on May 2, 2022, Plaintiff's counsel advised Defendants' counsel Plaintiff had a lumbar fusion, two cervical medial branch blocks, a cervical rhizotomy and a recommendation

for a right shoulder surgery. Please see e-mail thread attached as **Exhibit D**, p. 6. On May 10, 2022, Plaintiff's counsel advised Plaintiff's past medical specials are approximately $126,000.00. *Id.* at p. 2. Plaintiff's counsel further indicated he would not stipulate Plaintiff's damages were less than $75,000.00. *Id.* at p. 1. Exhibit D thus represents "other paper" pursuant to 28 U.S.C. §1446(b)(3) from which it was first ascertained the case is one which is or has become removable. Defendants subsequently received medical records and bills which Plaintiff alleges were caused by the accident at issue. Please see medical bills, attached as **Exhibit E** *in globo*, noting, for example, cervical radiofrequency ablations (p. 4) and the lumbar fusion (p. 7). The bills total $135,763.02. *Id.*

12.

While Defendants deny liability for any alleged injuries of Plaintiff and intend to challenge the claims on the basis of medical causation, the alleged damages related to Plaintiff's lumbar fusion, cervical medial branch blocks, cervical rhizotomy and future shoulder surgery may exceed the sum of $75,000, exclusive of interest and costs. See, e.g., *Duxworth Roofing & Sheet Metal, Inc. v. Assurance Co. of America*, 2:15-cv-02150 (E.D. La. 4/27/16), awarding $175,000 in general damages for a lumbar fusion; *Barto v. Shore Const., L.L.C.*, 801 F.3d 465 (5th Cir. 2015), affording an award of $400,000 in general damages for a three-level lumbar fusion; *Donaldson v. Hudson Ins. Co.*, 12-1013 (La. App. 4 Cir. 4/10/13); 116 So3d 46, awarding $125,000 for cervical disc herniations for which a rhizotomy was recommended; *Buckheister v. US Environmental Services, LLC*, 11-1148 (La. App. 5 Cir. 5/31/12); 97 So.3d 414, awarding $175,000 for cervical rhizotomy procedures. As noted above, medical special damages alone exceed $75,000, exclusive of interest and costs.

13.

Accordingly, Defendants are entitled to remove this matter to this Honorable Court for disposition pursuant to the removal provisions of 28 U.S.C. §1441 *et seq.*, as amended.

14.

The time in which Defendants may remove this matter has not yet expired. This Notice of Removal is filed within thirty days of the date Defendant received other paper from which it was first ascertained this case is one which is or has become removable. 28 U.S.C. §1446(b).

15.

Defendants file herewith a copy of all documents served upon them in this action and the record of the state court as **Exhibit F**.

16.

In accordance with 28 U.S.C. §1446(d), Defendants will provide appropriate Notice of Filing Notice of Removal to Plaintiff, Julio Sosa Perez, and to the Clerk of Court for the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, by filing of this Notice of Removal and the Notice of Filing Notice of Removal into the record of the state court action.

## **JURY DEMAND**

17.

Defendants are entitled to and request a trial by jury on all issues herein.

WHEREFORE, Defendants, John Albert Harris, FreightWorks, LLC and National Interstate Insurance Company, pray the suit entitled, "*Julio Sosa Perez v. John Albert Harris, et al.*," now pending in the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana and bearing Docket Number C-716890, Div. 32, be removed to this, the United States

District Court for the Middle District of Louisiana, and for trial by jury and all just and equitable relief as allowed by law.

                                                      Respectfully submitted,

                                                      /s/ *Nathan M. Gaudet*

                                                      GUY D. PERRIER, #20323
                                                      gperrier@perrierlacoste.com
                                                      NATHAN M. GAUDET, #30514
                                                      ngaudet@perrierlacoste.com
                                                      Perrier & Lacoste, LLC
                                                      365 Canal Street, Suite 2550
                                                      New Orleans, LA  70130
                                                      Telephone:     (504) 212-8820
                                                      Facsimile:       (504) 212-8825

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing pleading has been delivered to all counsel of record, either through the CM/ECF system, depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery or by facsimile transmission, this 25th day of May, 2022, at their last known address of record.

                                 /s/ *Nathan M. Gaudet*

                                 NATHAN M. GAUDET