EAST BATON ROUGE PARISH
C-716890
Filed Mar 21, 2022 1:40 PM
Deputy Clerk of Court
FAX Received Mar 16, 2022

19TH JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

NUMBER: _____                    DIVISION " _____ "

JULIO SOSA PEREZ

VERSUS

JOHN ALBERT HARRIS, FREIGHTWORKS L.L.C. D/B/A FREIGHTWORKS
TRANSPORTATION & LOGISTICS, and
NATIONAL INTERSTATE INSURANCE COMPANY

_____             _____
DATE FILED                                              DEPUTY CLERK

### PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, comes Petitioner, **Julio Sosa Perez**, natural person of the full age of majority domiciled in the City of Tampa, State of Florida, who respectfully avers the following:

1.

Made Defendants herein are:

a. **John Albert Harris** – a natural person of the full age of majority who, upon information and belief, is domiciled in the State of North Carolina;

b. **Freightworks L.L.C. d/b/a Freightworks Transportation & Logistics** – upon information and belief, a foreign limited liability company not licensed to do business in the State of Louisiana, with its principal place of business in Rutherfordton, North Carolina; and

c. **National Interstate Insurance Company** – a foreign insurer authorized to do and doing business in the State of Louisiana, in its capacity as liability insurer of Defendants, John Albert Harris and Freightworks L.L.C. d/b/a Freightworks Transportation & Logistics.

2.

The above-named Defendants are justly and truly indebted onto your Petitioner, jointly, severally, solidarily and vicariously, for all damages, injuries, and losses that he has sustained, together with legal interest from date of judicial demand and all costs of



EXHIBIT A

these proceedings, and for all other general and equitable relief for the following, to wit:

3.

This action results from a motor vehicle traffic collision that occurred in the Parish of Tangipahoa, State of Louisiana. On or about March 25, 2021, at approximately 5:00 A.M., Petitioner, **Mr. Julio Sosa Perez**, was parked in his 18-wheeler (2013 Peterbilt) at the B&J Truck Stop located on Highway 445 in Robert, Louisiana. At the same time and place, Defendant, **Mr. John Albert Harris**, driver of an 18-wheeler (2013 Mack), violently struck the front passenger side of Mr. Sosa-Perez's Peterbilt while carelessly attempting to park his vehicle in reverse and "miscalculating."

4.

As a result of the above-identified traffic collision, the Petitioner, **Julio Sosa Perez**, suffered, and continues to suffer, multiple personal, psychological and emotional injuries of a past, present, and continuing nature, for which he has undergone medical treatment since the traffic collision and will undergo further treatment. The Petitioner, **Julio Sosa Perez**, was and is still limited from his normal daily activities as a result of the traffic collision, and the injuries cause him pain and suffering in his work activities.

5.

The subject traffic collision, and the injuries and damages sustained by the Petitioner, **Julio Sosa Perez**, were caused by Defendant, **John Albert Harris**, which fault includes but is not limited to, to-wit:

    a.    Failing to maintain a proper lookout;

    b.    Failing to maintain reasonable vigilance;

    c.    Failing to see what should have been seen and if seen, failing to heed;

    d.    Failing to maintain control of the 2013 Mack 18-wheeler, which he was driving;

    e.    Failing to take into account the safety of others;

    f.    Failing to observe due caution;

    g.    Failing to be attentive while driving;

Julio Sosa Perez v. John Albert Harris, et. al
19th JDC for the Parish of East Baton Rouge
PETITION FOR DAMAGES
Page 2 of 6



h. Failing to observe existing traffic conditions;

i. Disregarding the presence of other motor vehicles; and

j. Failing to act as a reasonable and/or prudent person would under the same or similar circumstances, together with any and all other acts of negligence through omission or commission that may be shown at the time of trial.

All of which acts of negligence are in violation of East Baton Rouge Parish ordinances and Louisiana statutes, which are specially pleaded herein as if copied *in extenso*.

6.

Upon information and belief, at all times pertinent hereto, Defendant, **John Albert Harris**, was an agent and/or employee of the Defendant, **Freightworks L.L.C. d/b/a Freightworks Transportation & Logistics** (hereinafter "Freightworks"), and acting in the course and scope of his employment and/or agency; thereby rendering the Defendant, **Freightworks**, jointly, severally, solidarily and vicariously liable for the damage occasioned by the Defendant, **John Albert Harris**.

7.

In addition to the negligence alleged heretofore, Petitioner, **Julio Sosa Perez**, alleges that the subject traffic collision, and the injuries and damages sustained by Petitioner, were caused by the gross carelessness, recklessness and negligence of the Defendant, **Freightworks**, which fault includes but is not limited to, to wit:

a. Failing to provide proper driver training;

b. Failing to properly supervise their driver(s);

c. Failing to employ a safe and competent driver;

d. Failing to properly supervise and instruct their driver(s);

e. Negligently entrusting their vehicle to an unqualified and/or reckless driver;

f. Failing to screen and test their driver(s) periodically to monitor and evaluate his safety orientation;

g. Failing to develop, promulgate, adopt, and/or implement safety policies,

**Julio Sosa Perez v. John Albert Harris, et. al**
**19th JDC for the Parish of East Baton Rouge**
**PETITION FOR DAMAGES**
**Page 3 of 6**



      procedures and practices for their driver(s);

h.    Failing to require their driver(s) to follow, and/or failing to ensure their driver(s) did not operate motor vehicles in violation of, the regulations contained in 49 C.F.R. § 395.3 regarding maximum driving time(s) for property-carrying vehicles;

i.    Failing to require their driver(s) to follow, and/or failing to ensure their driver(s) did not violate, the regulations contained in 49 C.F.R. § 390.35 and § 395.8 regarding driver's record of duty status and/or driver logs;

j.    Failing to ensure their driver(s) did not operate motor vehicles while experiencing sleep deprivation and/or cumulative fatigue;

k.    Any and all other violations of rules, regulations and/or statues as may be shown at the time of trial; and

l.    Any and all other acts of negligence, omissions, and/or legal fault that shall be discovered and shown at the time of trial to be a proximate cause of Petitioners' injuries, damages, and/or losses.

8.

Petitioner, **Julio Sosa Perez**, itemizes the general and special damages to which he is entitled as a result of the collision and injury proximately caused by the above-described negligence of Defendant, **John Albert Harris**, as follows, to-wit:

a.    Past, present, and future physical pain, suffering, and discomfort;

b.    Past, present, and future mental anguish, aggravation, and annoyance;

c.    Past, present, and future medical expenses;

d.    Loss of enjoyment of life;

e.    Loss of use and/or function of parts of his body;

f.    Bodily disability;

g.    Impairment of psychological functioning;

h.    Disability from engaging in recreation;

i.    Impairment from working to earn an income;

*Julio Sosa Perez v. John Albert Harris, et. al*
*19th JDC for the Parish of East Baton Rouge*
**PETITION FOR DAMAGES**
Page 4 of 6



j.   Loss of income;

k.   Loss of earning capacity;

l.   Property damage to his vehicle; and

m.   Other damages and losses to be shown at trial.

9.

Upon information and belief, on the date of the collision, Defendant, **National Interstate Insurance Company**, had issued and in effect a policy of liability insurance covering the Defendants, **John Albert Harris** and **Freightworks**, for the type of liability alleged herein, which policy inures to the benefit of the Petitioner, thereby entitling the Petitioner to maintain this direct action against the Defendant-insurer, and thereby also rendering the Defendant-insurer jointly, severally and solidarily liable and responsible for the negligence and damages set forth above.

10.

The Petitioner strictly reserves the right to amend and supplement this petition as necessary concerning damages.

11.

The Petitioner reserves the right to trial by jury, as the value of his claims meet the requisite amount necessary to establish the right to a jury trial.

**WHEREFORE**, the Petitioner, **Julio Sosa Perez**, prays that the Defendants be served with a certified copy of this petition and duly cited to appear and answer same within the delays allowed by law and after all due delays and legal proceedings be had, there be judgment herein in Petitioner's favor and against the Defendants, **John Albert Harris, Freightworks L.L.C. d/b/a Freightworks Transportation & Logistics,** and **National Interstate Insurance Company**, for: an amount reasonable in the premises; legal interest from date of judicial demand until paid; all costs of these proceedings with all expert witness fees taxed as costs of court; and all other general and equitable relief that this Honorable Court deems fit and proper.

***SIGNATURE BLOCK ON FOLLOWING PAGE***

**Julio Sosa Perez v. John Albert Harris, et. al**
**19th JDC for the Parish of East Baton Rouge**
**PETITION FOR DAMAGES**
**Page 5 of 6**



Respectfully Submitted:

**FERRIOL PÉREZ, L.L.C.**

*/s/ Oskar␣␣␣␣␣␣␣␣␣␣␣␣*

Gissel M. Ferriol (Bar No. 29182)
Oskar M. Pérez (Bar No. 30015)
643 Magazine Street, Suite 200
New Orleans, Louisiana 70130
Tel. No. (504) 324-8716
Fax No. (504) 684-1236
Email: operez@ferriolperez.com

**PLEASE SERVE:**

**National Interstate Insurance Company**
*Through their agent for service of process,*
Secretary of State, State of Louisiana
8585 Archives Avenue
Baton Rouge, Louisiana 70809

**PLEASE ISSUE LONG-ARM CITATION:**

**John Albert Harris**
118 McBrayer Court
Forest City, North Carolina 28043

**Freightworks L.L.C. d/b/a Freightworks Transportation & Logistics**
*Through their agent for service of process,*
Joshua B. Farmer
668 Poors Ford Road
Rutherfordton, North Carolina 28139

Julio Sosa Perez v. John Albert Harris, et. al
19th JDC for the Parish of East Baton Rouge
PETITION FOR DAMAGES
Page 6 of 6

**EXHIBIT A**